# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. 1:08-00464-LJO-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND BROOKS A <u>BIVENS</u> COMPLAINT FORM AND AN APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BY A PRISONER<br><br>ORDER DIRECTING BROOKS TO FILE AMENDED COMPLAINT, AND EITHER PAY FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |

　　　　On March 19, 2008, the Clerk's Office for United States District Court of Virginia received a letter from Anthony Eugene Brooks, an inmate currently housed at United State Penitentiary-Atwater, concerning his conditions of confinement. The district court opened a civil action for Brooks and transferred it to this district.

　　　　Upon review of the letter, the Court cannot discern for certain whether or not Brooks intended to, or even desires to, file a civil action against prison personnel. The Court will direct the Clerk's Office to send Brooks a complaint form. If Brooks wishes to pursue a civil rights action based on the violation of his federal rights, he should complete the form and return it to the Court for filing. In addition, the filing fee for this action is $350.00. Along with the complaint, Brooks should submit the filing fee in full or file an application for leave to proceed in forma pauperis. If Brooks fails to comply with this order, this action will be dismissed, without prejudice.

///

1  Based on the foregoing, it is HEREBY ORDERED that:

2  1. The Clerk's Office shall send Brooks a <u>Bivens</u> complaint form and an application to
3     proceed in forma pauperis by a prisoner;
4  2. Within **thirty (30) days** from the date of service of this order, Brooks shall file an
5     amended complaint using the form provided by the Court and shall either pay the
6     $350.00 filing fee in full or file an application to proceed in forma pauperis; and
7  3. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **April 3, 2008**                              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE