# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00464-LJO-SMS PC<br><br>ORDER ADDRESSING LETTER, STYLED AS A MOTION, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES OF DOCKETS IN THIS ACTION AND IN 1:08-CV-00168-AWI-DLB PC<br><br>(Doc. 7) |

On April 16, 2008, the Court received a letter from Anthony Eugene Brooks, entitled "Motion for Relief, Removal and Monetary." The letter was dated April 10, 2008, and it is therefore unclear if Brooks was in receipt of this Court's order filed on April 8, 2008 when he sent the letter. Based on the contents of the letter, it appears unlikely that Brooks was aware of the order at the time he sent the instant letter.

Based on the letter, it appears that Brooks is uncertain of the status of his earlier case, 1:08-cv-00168-AWI-DLB PC. The Clerk's Office is HEREBY DIRECTED to send Brooks copies of the dockets in this action and in case number 1:08-cv-00168-AWI-DLB PC. Plaintiff is required to comply with the order filed on April 8, 2008, in this action. The Court can take no action in this case until Brooks complies with the order.

IT IS SO ORDERED.

**Dated:    April 17, 2008**            /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE