# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE BROOKS,<br><br>                     Plaintiff,<br><br>         v.<br><br>UNKNOWN, et al.,<br><br>                     Defendants.<br>_____/ | CASE NO. 1:08-00464-LJO-SMS PC<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:08-CV-00168-AWI-DLB PC, AND DIRECTING CLERK OF COURT TO CLOSE FILE<br><br>(Doc. 9) |

Plaintiff Anthony Eugene Brooks ("Plaintiff") is a federal prisoner proceeding pro. On April 8, 2008, the Court issued an order which stated:

> On March 19, 2008, the Clerk's Office for United States District Court of Virginia received a letter from Anthony Eugene Brooks, an inmate currently housed at United State Penitentiary-Atwater, concerning his conditions of confinement. The district court opened a civil action for Brooks and transferred it to this district.
>
> Upon review of the letter, the Court cannot discern for certain whether or not Brooks intended to, or even desires to, file a civil action against prison personnel. The Court will direct the Clerk's Office to send Brooks a complaint form. If Brooks wishes to pursue a civil rights action based on the violation of his federal rights, he should complete the form and return it to the Court for filing. In addition, the filing fee for this action is $350.00. Along with the complaint, Brooks should submit the filing fee in full or file an application for leave to proceed in forma pauperis. If Brooks fails to comply with this order, this action will be dismissed, without prejudice.

(Doc. 5.)

In response to the order, Plaintiff filed an amended complaint and an application to proceed in forma pauperis on April 28, 2008. A review of the amended complaint submitted in this action and the amended complaint in case number 1:08-cv-00168-AWI-DLB PC <u>Brooks v. United States of America</u> reveals that the claims are identical, namely that Plaintiff is being exposed to nuclear

waste and radiation.  Therefore, this action shall be dismissed as duplicative.  Plaintiff may continue to pursue his claims in case number 08-00168.[1]

Based on the foregoing, this action is HEREBY DISMISSED as duplicative of case number 1:08-cv-00168-AWI-DLB PC, and the Clerk of the Court SHALL close this file.

IT IS SO ORDERED.

**Dated:   May 1, 2008**                           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff alleges psychiatric issues in both actions, which may explain why Plaintiff did not alert the Court that he is already proceeding in the other action and that this second action should not have been opened.